Form B 250A (12/07)

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

| | |
|---|---|
| **In re:** Dennis Ray Johnson, III et al. **Debtor(s)** | Bankruptcy Case No.   3:16–bk–30227<br>Chapter 11 |
| Peoples Bank **Plaintiff**<br>v.<br>Kentucky Fuel Corporation **Defendant** | Adversary Proceeding No.   3:18–ap–03004 |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

<u>Address of the Clerk:</u>

Matthew J. Hayes, Clerk
300 Virginia Street East
Room 3200
Charleston, WV 25301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

<u>Name and Address of Plaintiff's Attorney:</u>

John J. Richardson
Bernstein–Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/s/ Matthew J. Hayes
Clerk of the Bankruptcy Court

By: Leslie J. Gallian
Deputy Clerk

Date: 3/29/18

**CERTIFICATE OF SERVICE**

I,_____, certify that service of this summons and a copy of the complaint was made _____
     (name)                                                                                     (date)

by:

___ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:


___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


___ Residence Service: By leaving the process with the following adult at:


___ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


___ Publication: The defendant was served as follows: [Describe briefly]


___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]


    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.


Under penalty of perjury, I delclare that the foregoing is true and correct.

Date:_____    Signature:_____


                            Print Name: _____
                            Business Address: _____
                                                _____