**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | |
|---|---|
| IN RE:<br><br>DENNIS RAY JOHNSON, II, *et al.*<br><br>Debtor-in-Possession. | Bankruptcy No. 3:16-bk-30227<br><br>Chapter 11 |
| PEOPLES BANK, an Ohio Banking Corporation, as assignee of Producers Coal, Inc. and Moussie Processing, LLC<br><br>Plaintiff,<br><br>v.<br><br>KENTUCKY FUEL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Adversary Pro. No. 3:18−AP−03004 |

**CERTIFICATION OF SERVICE OF COMPLAINT AND SUMMONS**

The undersigned hereby certifies that a copy of the Summons and Complaint was served on March 29, 2018

by Regular, first-class United States mail and Certified United State mail, postage fully pre-paid, addressed to:

President/Manager/Owner/CEO
Kentucky Fuel Corporation
1209 Orange Street
Wilmington, DE 19801

President/Manager/Owner/CEO
Kentucky Fuel Corporation
302 South Jefferson Street, Suite 600
Roanoke, VA 24011

Kentucky Fuel Corporation
c/o CT Corporation System, Registered Agent
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Dated: March 29, 2018

BERNSTEIN-BURKLEY, P.C.

By: /s/ John J. Richardson
John J. Richardson, Esq.
WV Bar #13140
jrichardson@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8107
Fax: (412) 456-8135
Counsel for Peoples Bank