**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | |
|---|---|
| IN RE: | Bankruptcy No. 3:16-bk-30227 |
| DENNIS RAY JOHNSON, II, *et al.* | Chapter 11 |
| Debtor-in-Possession. | |
| PEOPLES BANK, an Ohio Banking Corporation, as assignee of Producers Coal, Inc. and Moussie Processing, LLC | Adversary Pro. No. 3:18−AP−03004 |
| Plaintiff, | |
| v. | |
| KENTUCKY FUEL CORPORATION, a Delaware Corporation, | |
| Defendant. | |

**AGREED ORDER CONTINUING HEARING ON
<u>MOTION FOR ENTRY OF DEFAULT</u>**

Pending is the motion of Peoples Bank, by counsel John J. Richardson, to continue the June 22, 2018 hearing on Plaintiff's Motion for Entry of Default.  Counsel for Plaintiff has an irreconcilable conflict and all parties agree to a continuance of the hearing to the July 25, 2018 Charleston Docket.  The Court finding good cause to grant the motion does accordingly:

1

ORDER that a hearing on Plaintiff's Motion for Entry of Default shall be held on **July 25, 2018 at 11:00 a.m**., at the Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Bankruptcy Courtroom A, Charleston, West Virginia 25301.

Prepared by:

/s/*John J. Richardson* _
John J. Richardson
*Counsel for Peoples Bank*

Agreed to by:

/s/ *Billy R. Shelton*_
Billy R. Shelton, Esq. (WV Bar # 12926)
*Counsel for Kentucky Fuels*