

Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: October 9th, 2018**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

| | |
|---|---|
| IN RE:<br><br>DENNIS RAY JOHNSON, II, *et al.*<br><br>Debtor-in-Possession. | Bankruptcy No. 3:16-bk-30227<br><br>Chapter 11 |
| PEOPLES BANK, an Ohio Banking Corporation, as assignee of Producers Coal, Inc. and Moussie Processing, LLC<br><br>Plaintiff,<br><br>v.<br><br>KENTUCKY FUEL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Adversary Pro. No. 3:18−AP−03004 |

### CONSENT JUDGMENT

Plaintiff, Peoples Bank ("Peoples"), an Ohio Banking Corporation, through its undersigned counsel, and Defendant, Kentucky Fuel Corporation ("Kentucky Fuel"), through undersigned counsel, stipulate and agree as follows:

WHEREAS, On March 28, 2018, Peoples filed a Complaint against Kentucky Fuel for breach of contract. [See Compl. ECF No. 1]. Kentucky Fuel filed its Answer on May 16, 2018 [See Ans. Compl. ECF No. 5].

WHEREAS, without admitting liability, Kentucky Fuel nevertheless wishes to resolve this matter and it hereby consents to entry of judgment in favor of Peoples and against it in the above-captioned case.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, ORDERED AND ADJUDGED THAT JUDGMENT** be entered as follows:

1. Kentucky Fuel consents to the jurisdiction of this Court to enter final judgment as against it in this proceeding.

2. Judgment (the "Consent Judgment") is hereby entered in favor Peoples Bank and against Kentucky Fuel in the amount of Nine Hundred Fifty Thousand Dollars ($950,000.00).

3. This Consent Judgment is not appealable.

4. The Bankruptcy Court shall have exclusive jurisdiction over any action to enforce this Consent Judgment, or any provision thereof.

5. Kentucky Fuels has obtained the advice of counsel and is consenting and agreeing to all of the terms of this Consent Judgment freely and voluntarily.

6. The Clerk of Court shall enter this Consent Judgment promptly on the docket of the Court.

**IT IS SO ORDERED.**

**AGREED AND CONSENTED TO:**

Peoples Bank
By Counsel,

BERNSTEIN-BURKLEY, P.C.

*/s/ John J. Richardson*_____
John J. Richardson, Esq. (WVSB# 13140)
jrichardson@bernsteinlaw.com
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA  15219
Tel: (412) 456-8107
Fax: (412) 456-8135



Kentucky Fuel Corporation
By Counsel,

SHELTON, BRANHAM & HALBERT, PLLC


 */s/ Billy R. Shelton*_____
Billy R. Shelton, Esq. (W.V. Bar # 12926)
bshelton@sbhlegal.net
2452 Sir Barton Way, Suite 101
Lexington, KY 40509
Tel: (859) 294-6868

```
                         United States Bankruptcy Court
                         Southern District of West Virginia
Peoples Bank,
         Plaintiff                                          Adv. Proc. No. 18-03004-FWV

Kentucky Fuel Corporation,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0425-3          User: ljg                Page 1 of 1            Date Rcvd: Oct 09, 2018
                              Form ID: pdf001          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
```
smg                United States Attorney,   Southern District WV,   P.O. Box 1713,   Charleston, WV  25326-1713
smg                WV Department of Tax & Revenue,   Bankruptcy Unit,   P.O. Box 766,   Charleston, WV  25323-0766
dft               +Kentucky Fuel Corporation,   1209 Orange Street,   Wilmington, DE 19801-1120
intp              +Thomas H. Fluharty, Trustee,   408 Lee Avenue,   Clarksburg, WV 26301-3638
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust               +E-mail/Text: ustpregion04.ct.ecf@usdoj.gov Oct 09 2018 20:20:02      U.S. Trustee,
                   2025 Robert C. Byrd U.S. Courthouse,   300 Virginia Street, East,   Charleston, WV 25301-2503
ust               +E-mail/Text: ustpregion04.ct.ecf@usdoj.gov Oct 09 2018 20:20:02      United States Trustee,
                   2025 Robert C. Byrd U.S. Courthouse,   300 Virginia Street, East,   Charleston, WV 25301-2503
pla                E-mail/Text: collections@pebo.com Oct 09 2018 20:19:54      Peoples Bank,   138 Putnam ST,
                   Marietta, OH  45750-2923
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
```
          Billy Ray Shelton    on behalf of Defendant    Kentucky Fuel Corporation billys1@jwtslaw.com,
           bshel18140@aol.com
          Joe M. Supple     on behalf of Interested Party Thomas H. Fluharty, Trustee info@supplelaw.net
          John J. Richardson    on behalf of Plaintiff    Peoples Bank jrichardson@bernsteinlaw.com,
           sandeits@bernsteinlaw.com;rmccartney@bernsteinlaw.com
          Kirk B Burkley    on behalf of Plaintiff    Peoples Bank kburkley@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdrive.com
                                                                                             TOTAL: 4
```